IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RICKY OGLETREE, JR.,<br><br>    Petitioner,<br><br>v.<br><br>CHATHAM COUNTY DETENTION CENTER,<br><br>    Respondent. | CIVIL ACTION NO.: 4:20-cv-310 |

## O R D E R

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 5). Petitioner did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DISMISSES** without prejudice Petitioner's 28 U.S.C. § 2241 petition. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 11th day of January, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA